```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


MABLE D. IVEY,                  )
                                )
         Plaintiff,             )
                                )
v.                              )          1:16CV1304
                                )
NANCY A. BERRYHILL,             )
                                )
         Defendant.             )
```

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 22, 2017, was served on the parties in this action. (Docs. 15, 16.)  Plaintiff objected to the Recommendation (Doc. 17), and Defendant responded to the objections (Doc. 19).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) is DENIED, Defendant's Motion for Judgment on the Pleadings (Doc. 13) is GRANTED, and judgment is entered for Defendant.

/s/   Thomas D. Schroeder
                              United States District Judge

November 2, 2017